UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR RIVAS GAONA,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No.  13-cv-03204-JCS<br><br>**ORDER FOR SERVICE BY MARSHAL** |

Plaintiff filed a Motion to Proceed in Forma Pauperis, which the Court granted.  *See* Dkt. No. 5.  In that Order, the Court stated that "[i]f, after completing its review, the Court determines that the complaint is not subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2), it will order service of the complaint by the Marshal."  The Court has completed its review and finds that the complaint is not subject to dismissal.  Accordingly, **the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders and attachments, as well as a copy of this order, upon Defendants**.

    **IT IS SO ORDERED**.

Dated:  August 8, 2013

                                                                         JOSEPH C. SPERO<br>
                                                                         United States Magistrate Judge