United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR RIVAS GAONA,<br>　　　　Plaintiff,<br>　　v.<br>NANCY A. BERRYHILL,<br>　　　　Defendant. | Case No. 13-cv-03204-JCS<br><br>**ORDER TO SHOW CAUSE WHY STIPULATION SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 28 |

The Court entered judgment in this case on April 22, 2014. Dkt. 22. On June 6, 2014, the Court entered an order on the parties' stipulation awarding $2,000 under the Equal Access to Justice Act. Dkt. 26.

On April 16, 2018, Plaintiff's counsel filed a second stipulation (with defense counsel's electronic signature), erroneously directed to the Honorable Kandis Westmore, seeking an award of $3,000 under the Equal Access to Justice Act. Dkt. 28. That stipulation fails to address the earlier award or the delay of several years since the case was closed. Accordingly, the parties are ORDERED to show cause why the pending stipulation should not be denied by filing a joint response or separate responses no later than April 24, 2018. The Court declines to set the matter for oral argument.

**IT IS SO ORDERED.**

Dated: April 17, 2018

　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge